```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 07973
   ANTHONY T FOUNTAIN
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-2845


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/02/08 .

     2.  The case was dismissed without confirmation, 07/25/2008.

     3.  The Debtor paid a total of $    775.40 .
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GREEN TREE SERVICING INC | SECURED | .00 | .00 | .00 |
| GREEN TREE SERVICING INC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| VILLAGE OF ROMEOVILLE | SECURED | .00 | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BUR COL RECO | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CITIZENS BANK | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE SURGICAL ASSO | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE GOLD MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |

```
INTEREST PAID                      .00         .00          .00          .00          .00
TOTAL PAID                         .00         .00          .00          .00          .00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $          .00
and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $     775.40 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/10/08                        /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE